No. 24-6505

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Anita Adams,

*Plaintiff-Appellant*,

v.

City of Seattle, Washington,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Washington
No. 2:22-cv-1767
Hon. Thomas S. Zilly

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND REHEARING EN BANC**

Appellant Anita Adams moves, under FRAP 27 and 40, for a 30-day extension of time to file a petition for rehearing and rehearing *en banc*, up to and including December 18, 2025.

1

In support of this motion, Appellant's lead counsel, Suranjan Sen, declares the following:

1. Appellant's lawsuit sought declaratory and other relief against the City of Seattle under 42 U.S.C. § 1983 concerning the City's "Mandatory Housing Affordability" land-use permit condition. This appeal concerns the viability of Appellant's facial challenge to that condition, as well as whether Appellant's as-applied challenge is ripe.

2. On November 4, 2025, after briefing and argument, a panel of this Court affirmed the district court's dismissal of Appellant's case.

3. A petition for rehearing or rehearing *en banc* would currently be due on November 18, 2025.

4. Appellant requests a 30-day extension to that deadline, placing the petition's due date on December 18, 2025.

5. This extension is requested because:

    a. The panel opinion in this case was released immediately after my father slipped backward and fell, cracking open his head and requiring that he receive emergency care. I immediately booked a flight to see him, and I have been helping with his care, which has taken a substantial amount of my attention;

2

  b. I have a discovery production deadline in Florida trial court later this week;

  c. I have filing deadlines in two cases, as well as two work trips and a family vacation scheduled in the next two weeks;

  6. Appellant's counsel have and at all times will continue to exercise diligence.

  7. The court reporter is not in default with regard to any designated transcripts.

  8. The undersigned counsel has conferred with counsel for Defendant-Appellee City of Seattle, who does not oppose a 30-day extension.

  Therefore, Appellant respectfully requests a 30-day extension to the deadline to file a petition for rehearing and rehearing *en banc*.

Dated: November 10, 2025       Respectfully Submitted,

                /s/ Suranjan Sen

**INSTITUTE FOR JUSTICE**      **INSTITUTE FOR JUSTICE**
William R. Maurer          Suranjan Sen
600 University St., Ste. 2710     Samuel B. Gedge
Seattle, WA 98101         901 N. Glebe Rd., Suite 900
(206) 957-1300           Arlington, VA 22203
wmaurer@ij.org           (703) 682-9320
                 ssen@ij.org; sgedge@ij.org

Paul V. Avelar
3200 N. Central Ave., Ste. 2160
Phoenix, AZ 85012
(480) 557-8300
pavelar@ij.org

*Counsel for Plaintiff-Appellant*